788

## Commonwealth v. Tyczkowski, Appellant.

Submitted November 8, 1971. *Burton L. Fish,* for appellant; *Michael M. Palmisano,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

WRIGHT, P. J., dissents.

## Commonwealth v. Valentine, Appellant.

Submitted November 11, 1971. *Timothy J. Sullivan, Jr.* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *J. Kent Culley,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The judgment of sentence of three to ten years imprisonment is modified to three to seven years. As so modified, the judgment of sentence is affirmed.

WRIGHT, P. J., would affirm the court below.